UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRES GUTIERREZ-TRUJILLO,<br><br>　　　　　Defendant. | No. CR 14-280-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |

　　　　The Court, having reviewed the stipulation of the parties, and the defendant's agreement to extend the time for an indictment, finds as to the facts stipulated to by counsel in that document, and makes the following findings of fact:

　　　　1.　　A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

　　　　2.　　The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial.  Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

　　　　IT IS HEREBY ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from October 23, 2014 to November 21, 2014.

(PROPOSED) ORDER GRANTING
STIPULATION TO EXTEND
INDICTMENT DEADLINE
(Andres Gutierrez-Trujillo; CR14-280RSM)　- 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1       IT IS FURTHER ORDERED that the period of delay from October 23, 2014 to November 21, 2014, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§ 3161 et seq.

      DATED this 30th day of October 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/   Jennifer E. Wellman
Assistant Federal Public Defender
Attorney for Andres Gutierrez-Trujillo

(PROPOSED) ORDER GRANTING
STIPULATION TO EXTEND
INDICTMENT DEADLINE
(Andres Gutierrez-Trujillo; CR14-280RSM)    - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**