JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-280-RSM |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| ANDRES GUTIERREZ-TRUJILLO, | ) ) | |
| Defendant. | ) ) | |

The Court, having reviewed the stipulation of the parties, and the defendant's agreement to extend the time for an indictment, finds as to the facts stipulated to by counsel in that document, and makes the following findings of fact:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial. Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING STIPULATION TO EXTEND
INDICTMENT DEADLINE
(Andres Gutierrez-Trujillo; CR14-280RSM)    - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  IT IS HEREBY ORDERED that the time within which an indictment in this case must
2  be filed against the defendant shall be extended from November 21, 2014 to December 26,
3  2014.
4  IT IS FURTHER ORDERED that the period of delay from November 21, 2014 to
5  December 26, 2014, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§ 3161 et
6  seq.
7  DONE this 3 day of December 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/   Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Andres Gutierrez-Trujillo

ORDER GRANTING STIPULATION TO EXTEND
INDICTMENT DEADLINE
(Andres Gutierrez-Trujillo; CR14-280RSM)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**